**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 JESSE L.,

                          Plaintiff,                24 **CIVIL** 8219 (RWL)

      -v-                                          **<u>JUDGMENT</u>**


MARTIN J. O'MALLEY, Commissioner of the
 Social Security Administration,
                          Defendant.
-------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision & Order dated July 31, 2025, Plaintiff's motion is DENIED and the Commissioner's motion is GRANTED. To the extent not discussed in the Order, the Court has considered the parties' arguments and found them to be either moot or without merit. Judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York

      August 1, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                         **Clerk of Court**

                    **BY:**          *K. Mango*
                                                        _____
                                                        **Deputy Clerk**